**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARK S. HOLDEN, RICHARD ANDISIO, EDWARD MARSHALL, ANNA MARIE MARSHALL, JOHNIELLE DWYER, PAWEL KRZYKOWSKI, MARIOLA KRZYNOWEK, JAMES HOWE, and CINDY A. PEREIRA, individually and on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GUARDIAN ANALYTICS, INC., ACTIMIZE INC., and WEBSTER BANK, N.A., <br><br> Defendants. | Civil Case No. 2:23-cv-2115-WJM-LDW <br><br><br> **STIPULATION AND ORDER TO STAY TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFFS' CONSOLIDATED COMPLAINT PENDING SETTLEMENT AND FOR FILING OF MOTION FOR PRELIMINARY APPROVAL** |

**WHEREAS**, in accordance with the Court's Order dated July 25, 2023 (Dkt. 24) ("Consolidation Order"), Plaintiffs filed a Consolidated Amended Class Action Complaint on August 24, 2023 (Dkt. 27) ("Consolidated Complaint");

**WHEREAS**, pursuant to the Court's Order granting the Consent Motion for Extension of Time, Defendant Webster Bank, N.A.'s deadline to respond to the Consolidated Complaint is October 7, 2023 (Dkt. 30);

**WHEREAS**, pursuant to a Stipulation and Order for Additional Time to Answer, Move, or Otherwise Respond to the Consolidated Complaint, Defendants Guardian Analytics, Inc. and Actimize Inc.'s deadline to respond to the Complaint is October 9, 2023 (Dkt. 32);

**WHEREAS,** the parties have reached a settlement in principle on a class-wide basis and agree that Defendants should be granted a stay of their deadlines to answer, move, or otherwise

respond to the Consolidated Complaint to allow the parties time to finalize the settlement

agreement and for Plaintiffs to file a motion for preliminary approval of the class action

settlement;

**IT IS HEREBY STIPULATED AND AGREED**, by and among the parties through

their undersigned counsel, that:

1. Defendants Guardian Analytics, Inc., Actimize Inc., and Webster Bank, N.A.'s time to

   answer, move, or otherwise respond to the Consolidated Complaint in this action is

   hereby stayed pending finalizing the class settlement or further notice of the Court;

2. Plaintiffs shall file a motion for preliminary approval of the class action settlement on

   or before November 3, 2023;

3. Should the Court deny the motion for preliminary approval of the settlement, unless

   otherwise specified by the Court, Defendants Guardian Analytics, Inc., Actimize Inc.,

   and Webster Bank, N.A. shall have 30 days from the date of an Order denying

   preliminary approval to answer, move, or otherwise respond to the Consolidated

   Complaint.

DATED: October 6, 2023

By: _s/ Ben Barnow_
    Ben Barnow *(pro hac vice)*
    **BARNOW AND ASSOCIATES, P.C.**
    205 West Randolph Street, Ste. 1630
    Chicago, IL 60606
    Tel: (312) 621-2000
    Email: b.barnow@barnowlaw.com

By: _s/ Eric R. Fish_
    Eric R. Fish
    **BAKER & HOSTETLER LLP**
    45 Rockefeller Plaza
    New York, New York 10111
    Tel: (212) 589-4200
    Email: efish@bakerlaw.com

    *Attorney for Guardian Analytics, Inc.*
    *and Actimize Inc.*

By: *s/ Charles E. Schaffer*
    Charles E. Schaffer *(pro hac vice)*
    **LEVIN SEDRAN & BERMAN**
    501 Walnut Street, Suite 500
    Philadelphia, PA 19106
    Tel: (215) 592-1500
    Email: cschaffer@lfsblaw.com

    *Interim Co-Lead Class Counsel*

By: *s/ Adam S. Tolin*
    Adam S. Tolin
    **SHOOK, HARDY & BACON L.L.P.**
    Two Commerce Square
    2001 Market Street, Suite 3000
    Philadelphia, PA 19103
    Tel: (215) 575-3110
    Email: ATolin@shb.com

    *Attorney for Webster Bank, N.A.*


**SO ORDERED:** _____