# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

October 6, 2023

Eric R. Fish
direct dial: 212.589.4647
efish@bakerlaw.com

**VIA E-MAIL**

Honorable William J. Martini, U.S.D.J.
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   *Holden v. Guardian Analytics, Inc.*, Case No. 2:23-cv-02115-WJM-LDW (D.N.J.) (the "Holden Action")

Dear Judge Martini and Judge Wettre:

Plaintiffs and Defendants Guardian Analytics, Inc. ("Guardian"), Actimize Inc. ("Actimize"), and Webster Bank N.A. ("Webster") write jointly in the above-captioned consolidated action to inform the Court that the parties in this action have reached a settlement in principle on a class-wide basis. The parties are now in the process of finalizing a settlement agreement and Plaintiffs will thereafter file a motion for preliminary approval of a class action settlement.

Accordingly, the parties request that the upcoming deadlines for Defendants to answer, move, or otherwise respond to the Consolidated Complaint be stayed pending the settlement. A stay will allow the parties time to finalize a settlement agreement and for Plaintiffs to file a motion for preliminary approval of the settlement. The parties intend to finalize their settlement agreement and for Plaintiffs to file their motion for preliminary approval by November 3, 2023.

In light of the above, the parties have executed and filed herewith a Stipulation and proposed Order staying the time for Defendants to answer, move, or otherwise respond to the Consolidated Complaint until such time that the Court rules on a motion for preliminary approval of the class action settlement. The parties therefore respectfully request that the Court enter the Stipulation

Honorable William J. Martini, U.S.D.J.
Honorable Lena Dunn Wettre, U.S.M.J.
October 6, 2023
Page 2

and Order ahead of Defendants' upcoming deadlines of October 7 and October 9, 2023 to respond to the Consolidated Complaint.

The parties are available at the Court's convenience should there be any questions.

Respectfully submitted,

By: */s/ Eric R. Fish*
Eric R. Fish
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Tel: (212) 589-4200
Email: efish@bakerlaw.com
*Attorneys for Guardian Analytics, Inc. and Actimize Inc.*

By: */s/ Ben Barnow*
Ben Barnow *(pro hac vice)*
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Ste. 1630
Chicago, IL 60606
Tel: (312) 621-2000
Email: b.barnow@barnowlaw.com

By: */s/ Adam S. Tolin*
Adam S. Tolin
**SHOOK, HARDY & BACON L.L.P.**
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, PA 19103
Tel: (215) 575-3110
Email: ATolin@shb.com
*Attorneys for Defendant Webster Bank, NA*

By: */s/ Charles E. Schaffer*
Charles E. Schaffer *(pro hac vice)*
**LEVIN SEDRAN & BERMAN**
501 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Email: cschaffer@lfsblaw.com

*Interim Co-Lead Class Counsel*