UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK S. HOLDEN, RICHARD ANDISIO, EDWARD MARSHALL, ANN MARIE MARSHALL, ARTHUR CHRISTIANI, JOHNIELLE DWYER, PAWEL KRZYKOWSKI, MARIOLA KRZYNOWEK, JAMES HOWE, and CINDY A. PEREIRA, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GUARDIAN ANALYTICS, INC., ACTIMIZE INC., and WEBSTER BANK, N.A.,<br><br>    Defendants. | Case No. 23-2115<br><br>CLASS ACTION<br><br>Motion Day: December 4, 2023 |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION
OF SETTLEMENT CLASS, AND APPROVAL OF NOTICE PLAN**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs Mark S. Holden, Richard Andisio, Edward Marshall, Ann Marie Marshall, Arthur Christiani, Johnielle Dwyer, Pawel Krzykowski, Mariola Krzynowek, James Howe, and Cindy A. Pereira (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, hereby move this Court for preliminary approval of a proposed class action settlement, preliminary certification of a settlement class, and approval of a notice plan. In support thereof, Plaintiffs rely upon the accompanying Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement, Preliminary Certification of Settlement Class, and Approval of Notice Plan; the Declarations of Ben Barnow and Charles E. Schaffer; the Declaration of Cameron R. Azari; the records, pleadings,

and papers filed in this action; and such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated: November 3, 2023                     /s/ Adam Pollock
                                            Adam Pollock
                                            **POLLOCK COHEN LLP**
                                            111 Broadway, Suite 1804
                                            New York, NY 10006
                                            (212) 337-5361
                                            adam@pollockcohen.com

                                            *Local Counsel for Plaintiffs Mark S. Holden and Richard Andisio*

                                            Ben Barnow*
                                            **BARNOW AND ASSOCIATES, P.C.**
                                            205 West Randolph Street, Ste. 1630
                                            Chicago, IL 60606
                                            (312) 621-2000
                                            b.barnow@barnowlaw.com

                                            Charles E. Schaffer*
                                            **LEVIN SEDRAN & BERMAN**
                                            510 Walnut Street, Suite 500
                                            Philadelphia, PA 19106
                                            (215) 592-1500
                                            cschaffer@lfsblaw.com

                                            *Interim Co-Lead Class Counsel*

                                            *admitted pro hac vice